ACCEPTED
03-15-00262-CV
12463245
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2016 10:36:10 AM
JEFFREY D. KYLE
CLERK

# No. 03-15-00262-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2016 10:36:10 AM
JEFFREY D. KYLE
Clerk

*In the Court of Appeals*
*Third District of Texas — Austin*

**TEXAS ASSOCIATION OF ACUPUNCTURE**
**AND ORIENTAL MEDICINE,**

*Appellant,*

**v.**

**TEXAS BOARD OF CHIROPRACTIC EXAMINERS AND PATRICIA GILBERT,**
**EXECUTIVE DIRECTOR IN HER OFFICIAL CAPACITY,**

*Appellees.*

*On Appeal from 201st District Court, Travis County, Texas*
*Cause No. D-1-GN-14-000355*

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING

Pursuant to Texas Rules of Appellate Procedure 49.8, Appellant Texas Association of Acupuncture and Oriental Medicine ("Association") files this unopposed motion for extension of time seeking an additional <u>15</u> days, until **September 19, 2016** to file its motion for rehearing.

1.     On August 18, 2016, this Court issued an Opinion affirming in part and reversing and remanding in part the trial courts judgment.

2.     Appellant's current deadline to file a motion for rehearing is September 2, 2016.

1

3.      Appellant seeks a 15-day extension until and including September 19, 2016, to allow its counsel an opportunity to fully analyze and brief the issues for a motion for rehearing.

4.      This is the Association's first request for an extension of time and it is sought in the interest of justice and not for purposes of delay.

5.      Counsel for Appellees does not oppose this motion.

## PRAYER

Appellant Texas Association of Acupuncture and Oriental Medicine respectfully prays that this Court grant this unopposed motion for extension of time until and including **September 19, 2016**, for the filing of its motion for rehearing, and award it all further relief to which it may be justly entitled.

Respectfully submitted,

By: _/s/ Craig T. Enoch_

Craig T. Enoch (SBN 00000026)
cenoch@enochkever.com
Melissa A. Lorber (SBN 24032969)
mlorber@enochkever.com
Shelby O'Brien (SBN 24037203)
sobrien@enochkever.com
**ENOCH KEVER PLLC**
600 Congress Avenue, Suite 2800
Austin, Texas 78701
512.615.1200 / 512.615.1198 fax

*ATTORNEYS FOR TEXAS ASSOCIATION OF ACUPUNCTURE AND ORIENTAL MEDICINE*

## CERTIFICATE OF CONFERENCE

As evidenced by my signature below, counsel for the Appellant has conferred with counsel for Appellees. Appellees do not oppose this motion.

*/s/ Shelby O'Brien*
Shelby O'Brien


## CERTIFICATE OF SERVICE

I hereby certify that, on August 31, 2016, the forgoing document was served via electronic service on the following:

Joe H. Thrash
Assistant Attorney General
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711
Joe.Thrash@texasattorneygeneral.gov

*/s/ Shelby O'Brien*
Shelby O'Brien